```
                    UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF OHIO
                           EASTERN DIVISION
```

United States of America,

    vs.                            Case #2:14-cr-108-1

Keith A. Arrick, Sr.

| | |
|---|---|
| **United States District Judge Peter C. Economus** | Date: 6/9/2015    Time: 11:12AM - 11:30AM<br><br>Counsel for the government: Heather A. Hill, AUSA<br>Counsel for the defendant: Steven S Nolder, Esq.<br><br>P.O. Schal Boucher |
| Denise M. Shane, Deputy Clerk | |
| Court Reporter: Gina Wells | |
| Law Clerk: | |
| Interpreter: | |

Sentencing:

162 months incarceration
5 years supervised release
$1000 fine (interest waived)
$100 SPA

*SORNA
*Alcohol & Substance Abuse Treatment/$25 co-pay
*RDAP while serving sentence
*Mental Health counseling/$25 co-pay
*No contact with victims in this case
*Sexual Treatment Program
*Polygraph
*Authorization forms / $25 co-pay